UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Case No. 02-10429 (JKF) |
| | : Jointly Administered |
| KAISER ALUMINUM CORPORATION, | : |
| a Delaware corporation, et al., | : Chapter 11 |
| | : |
| Debtors. | : |
| | : |

## NOTICE OF APPEAL

Notice is hereby given that Law Debenture Trust Company of New York ("LDTC") hereby appeals under Rule 8001 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158, to the United States District Court for the District of Delaware from the Order of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on January 25, 2005 as docket no. 6005 (the "Settlement Order"), titled *Order (a) Approving a Settlement Agreement with the Pension Benefit Guaranty Corporation and (b) Dismissing the Objection of Law Debenture Trust Company of New York to the Pension Benefit Guaranty Corporation's Proofs of Claim*.

The parties to the Settlement Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

      KAISER ALUMINUM CORPORATION, ET AL., DEBTORS
      RICHARDS, LAYTON & FINGER
      Daniel J. DeFranceschi
      Kimberly D. Newmarch
      One Rodney Square
      P.O. Box 551
      Wilmington, Delaware 19899
      Telephone: (302) 651-7700

      -and-

#292394 v1

JONES DAY
Gregory M. Gordon
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

**PENSION BENEFIT GUARANTY CORPORATION**
Terrence Deneen
Jeffrey B. Cohen
Charles L. Finke
James L. Eggeman
Joel W. Ruderman
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4020

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
ASHBY & GEDDES, P.A.
William P. Bowden
Gregory A. Taylor
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
Lisa Beckerman
590 Madison Avenue
New York, New York 10022
(212) 872-1000

Dated: February 3, 2005        Respectfully submitted,

                               MONZACK AND MONACO, PA

                               By: _____
                               Francis A. Monaco, Jr., Esq. (#2078)
                               1201 No. Orange Street, Suite 400
                               Wilmington, Delaware 19899
                               Telephone: (302) 656-8162
                               Telecopy:  (302) 656-2769

PRYOR CASHMAN SHERMAN & FLYNN LLP

Tina Niehold Moss, Esq. (#7907)
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Telecopy:   (212) 326-0806