IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Jointly Administered |
| | ) | |
| KAISER ALUMINUM CORPORATION, *et al.*, | ) | Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | Re: Docket No. 6005 |

**PENSION BENEFIT GUARANTY CORPORATION'S
ADDITIONAL DESIGNATION OF ITEMS ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee the Pension Benefit Guaranty Corporation ("PBGC") hereby designates the following additional items to be included in the record on appeal of the Order (A) Approving a Settlement Agreement with the Pension Benefit Guaranty Corporation and (B) Dismissing the Objection of Law Debenture Trust Company of New York to the Pension Benefit Guaranty Corporation's Proofs of Claim.

**Designation of the Record**

**EXHIBITS FOR TRIAL**

**Exhibits of PBGC**

P-13    American Academy of Actuaries Study of PBGC Plan Termination Cost, dated May 4, 2000

Dated: February 24, 2005                    Respectfully submitted,

  /s/ James L. Eggeman
JEFFREY B. COHEN
Chief Counsel
CHARLES A. FINKE
Associate Chief Counsel
JAMES L. EGGEMAN (JE 0915)
Attorney
JOEL RUDERMAN
Attorney

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026
(202) 326-4020 - phone
(202) 326-4112 - telecopy

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2005, a true copy of PENSION BENEFIT GUARANTY CORPORATION'S ADDITIONAL DESIGNATION OF ITEMS ON APPEAL was served on the following persons electronically or by first class mail:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar
Monzack and Monaco, PA
1201 No. Orange Street, Suite 400
Wilmington, DE 19899
Telephone: (302) 656-8162
Telecopy: (302) 656-2769
(Attorneys for Law Debenture)

Tina Niehold Moss, Esquire
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Telecopy: (212) 326-0806
(Attorneys for Law Debenture)

Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger
One Rodney Square
Wilmington, Delaware 19899
Phone: (302) 651-7700
Telecopy: (302) 651-7701
(Attorneys for Debtors)

Gregory M. Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
Phone: (214) 220-3939
Telecopy: (214) 969-5100
(Attorneys for Debtors)

William P. Bowden
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
Telecopy: 302-654-2067
(Attorneys for Official Committee of Unsecured Creditors)

Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Telephone: 212-872-1000
Telecopy: 212-872-1002
(Attorneys for Official Committee of Unsecured Creditors)

Frank J. Perch
Office of the United States Trustee
844 King Street, Suite 2313 Lockbox 35
Wilmington, DE 19801

/s/ James L. Eggeman
JAMES L. EGGEMAN