IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #4**

IN RE: KAISER ALUMINUM CORP., et al.

_____

Law Debenture Trust Company of New York, )
)
)
)
        Appellant )    Civil Action No.  05-136
   v. )
)
)
Kaiser Aluminum Corp., et al. )
        Appellees )    Bankruptcy Case No.  02-10429

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/24/05 was docketed in the District Court on 3/8/05:

> Modified Order (A) Approving a Settlement Agreement with the Appellee's and (B) Dismissing the Objection of Appellant's Proof of Claim

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                  Peter T. Dalleo
                                  Clerk of Court

Date:  3/8/05

To:    U.S. Bankruptcy Court
        Counsel