# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Case No. 02-10429 (JKF)** |
| | : | **Jointly Administered** |
| **KAISER ALUMINUM CORPORATION,** | : | |
| a Delaware corporation, <u>et al.</u>, | : | **Chapter 11** |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| **LAW DEBENTURE TRUST COMPANY** | : | |
| **OF NEW YORK,** | : | |
| Appellant, | : | **Civ. No. _____** |
| | : | |
| v. | : | |
| | : | |
| **PENSION BENEFIT GUARANTY** | : | |
| **CORPORATION, <u>et al.</u>,** | : | |
| | : | |
| Appellees. | : | |
| | : | |
| | : | |
| **LAW DEBENTURE TRUST COMPANY** | : | |
| **OF NEW YORK,** | : | |
| Appellant, | : | **Civ. No. _____** |
| | : | |
| v. | : | |
| | : | |
| **KAISER ALUMINUM CORPORATION,** | : | |
| a Delaware corporation, <u>et al.</u>, | : | |
| | : | |
| Appellees. | : | |
| | : | |

## ORDER GRANTING MOTION OF APPELLANT FOR AN
## <u>ORDER CONSOLIDATING THE APPEALS</u>

Upon consideration of the motion (the "Motion") of Appellant Law Debenture

Trust Company of New York ("LDTC"), pursuant to Rule 7042 of Federal Rules of

406903

2

Bankruptcy Procedure which applies Rule 42 of the Federal Rules of Civil Procedure, to consolidate the appeals of (i) the Order titled *Order Denying Law Debenture Trust Company of New York's Motion for Reconsideration of the Court's Stay of Law Debenture Trust Company of New York's Objection to Certain Proofs of Claim Filed by the Pension Benefit Guaranty Corporation* (D.I. 6006) and (ii) the order titled *Order (a) Approving a Settlement Agreement with the Pension Benefit Guaranty Corporation and (b) Dismissing the Objection of Law Debenture Trust Company of New York to the Pension Benefit Guaranty Corporation's Proofs of Claim* (D.I. 6005) (collectively, the "Appeals"); it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Appeals shall be consolidated under Civ. No. _____.

Dated: Wilmington, Delaware

_____, 2005

_____
United States District Judge

2

406903