RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KIMBERLY D. NEWMARCH

DIRECT DIAL NUMBER
302-651-7689
NEWMARCH@RLF.COM

April 29, 2005

Dr. Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

Re:   Re: Law Debenture Trust Company of New York v. Kaiser Aluminum Corp., *et al.*; Civ. Nos. 05-00135 and 05-00136

Dear Mr. Dalleo:

This letter is to advise the Court that Kaiser Aluminum Corp. *et al.*, the Pension Benefit Guaranty Corporation and the Official Committee of Unsecured Creditors do not oppose the Motion of Appellant for an Order Consolidating the Appeals that was filed by Law Debenture Trust Company of New York in Civil Action Nos. 05-00135 and 05-00136.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

Kimberly D. Newmarch

cc:  James Eggeman, Esq. Pension Benefit Guaranty Corporation
     Lisa Beckerman, Esq. Official Committee of Unsecured Creditors

RLF1-2870408-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2005, I electronically filed a **Letter** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Daniel J. DeFranceschi
defranceschi@rlf.com, rbgroup@rlf.com

Kathleen M. Miller
kmiller@skfdelaware.com, mcm@skfdelaware.com

Francis A. Monaco, Jr.
fmonaco@monlaw.com, hsasso@monlaw.com

I herby certify that on April 29, 2005, I mailed via the United States Postal Service the document to the following non-registered participants:

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 1899

James L. Eggeman
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4023

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: 302-651-7700
Fax: 302-651-7701
defranceschi@rlf.com
newmarch@rlf.com

RLF1-2864329-1