```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                          :
                                :
KAISER ALUMINUM CORP., et al., : Bankruptcy Case 02-10429 (JKF)
                                :
        Debtors.                :
_____:_____
LAW DEBENTURE TRUST COMPANY     :
OF NEW YORK,                    :
                                :
        Appellant,              :
                                :
    v.                          : Civil Action No. 05-135 JJF
                                :
KAISER ALUMINUM CORP., et al., :
                                :
        Appellees.              :
_____:_____
LAW DEBENTURE TRUST COMPANY     :
OF NEW YORK,                    :
                                :
        Appellant,              :
                                :
    v.                          : Civil Action No. 05-136 JJF
                                :
KAISER ALUMINUM CORP., et al., :
                                :
        Appellees.              :
```

## O R D E R

WHEREAS, Appellant, Law Debenture Trust Company of New York, filed a Motion to Consolidate the above-captioned appeals (D.I. 5);

WHEREAS, by letter, the Court has been advised that the Motion to Consolidate is unopposed (D.I. 7, and 9);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned appeals shall be consolidated into Civil Action No. 05-135 and all future filings shall be captioned and filed in

accordance with this order.

May 3, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE